(No. 5011.   December 31, 1927.)

THE FEDERAL LAND BANK OF SPOKANE, a Corporation, Appellant, v. HENRY P. CURTS and NELLIE C. CURTS, Husband and Wife, W. CLAY SUTTON and BEULAH SUTTON, Husband and Wife, BANK OF WASHINGTON COUNTY, a Corporation, A. M. BOYLEN, Liquidating Agent of the Bank of Washington County, E. W. PORTER, Commissioner of Finance of the State of Idaho, Respondents.

[262 Pac. 881.]

APPEAL from the District Court of the Seventh Judicial District, for Washington County. Hon. B. S. Varian, Judge.

Appeal from an order refusing to set aside a sale under foreclosure of a real estate mortgage.   *Reversed.*

Geo. H. Van de Steeg and Rice & Bicknell, for Appellant.

George Donart, for Respondent.

HARTSON, Commissioner.—This case is controlled by the decision in *Federal Land Bank of Spokane v. Curts et al.,* *ante,* p. 414, 262 Pac. 877, between the same parties. It is an appeal from the same order, but taken by appellant in that case and another.

The order should be vacated, and a resale ordered.   Costs to appellant.

Babcock and Adair, CC., concur.

PER CURIAM.—The foregoing is approved as the opinion of the court.   The order denying the motion to set aside the sale is reversed and the cause remanded to the trial court with instructions to proceed in accordance with the views expressed in the opinion.   Costs to appellant.